# EXHIBIT 2

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/20/2006 | 574 |

**PAID 01/28/2006**

**Bill To**

MultiJect
384 Olivewood Ct.
Rochester, Mi. 48306

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | parts, Motion Industries, 9/21/05 | 110.56 | 110.56 |
|  | Ritter, C40469-001 | 7.93 | 7.93 |
|  | McNaughton McKay, 8342100-00 | 520.33 | 520.33 |
|  | Total Reimbursable Expenses |  | 638.82 |
|  | 6% Michigan sales tax | 6.00% | 0.00 |

| **Total** | **$638.82** |
|-----------|-------------|

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/9/2007 | 657 |

**PAID 10/23/2007**

**Bill To**

MultiJect
384 Olivewood Ct.
Rochester, Mi. 48306

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | McNaughton McKay, 9201549-00 | 770.34 | 770.34 |
|  | McNaughton McKay, 9236267-00 | 119.17 | 119.17 |
|  | McNaughton McKay, 9231574-00 | 1,122.13 | 1,122.13 |
|  | Michigan Chandelier, parts, 8/7/07 | 25.48 | 25.48 |
|  | McNaughton McKay, 9322223-00 | 312.20 | 312.20 |
|  | Total Reimbursable Expenses |  | 2,349.32 |
|  | 6% Michigan sales tax | 6.00% | 0.00 |

| Total | $2,349.32 |
|-------|-----------|

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

# Invoice

| Date | Invoice # |
|---|---|
| 8/30/2008 | 670 |

**PAID 09/27/2008**

| Bill To |
|---|
| MultiJect<br>384 Olivewood Ct.<br>Rochester, Mi. 48306 |

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Power supplies, etc. for Jack's job, some Paul's | 2,084.02 | 2,084.02 |
| | L COM INC 3/15/08 | 100.15 | 100.15 |
| | shipping on order that was returned. | 51.38 | 51.38 |
| | sales order 226528108 | 753.00 | 753.00 |
| | Home Depot, 3/17/08 | 6.23 | 6.23 |
| | Home Depot, 3/20/08 | 2.82 | 2.82 |
| | 3/24/08 parts from Home Depot | 5.15 | 5.15 |
| | 25 Continental Industrial , 3/28/08 | 562.25 | 562.25 |
| | Home Depot, 3/29/08 | 23.72 | 23.72 |
| | shipping, 4/9/08 to return part to Mouser | 20.88 | 20.88 |
| | 4/19/08, ACE hardware | 6.41 | 6.41 |
| | RA 230638 | -753.00 | -753.00 |
| | RA 234184 | -707.82 | -707.82 |
| | 4/24/08 parts for job | 7.45 | 7.45 |
| | 4/25/08 parts for job | 6.52 | 6.52 |
| | McNaughton 9702772-00 | 132.38 | 132.38 |
| | McNaughton 9714795-00 | -125.86 | -125.86 |
| | McNaughton 9715234-00 | 83.53 | 83.53 |
| | Total Reimbursable Expenses | | 2,259.21 |
| | shipping to Mouser Electronics, 4-15,RA 234184 | 20.88 | 20.88 |
| | 6% Michigan sales tax | 6.00% | 0.00 |

| **Total** | $2,280.09 |
|---|---|

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/25/2008 | 668 |

**PAID**
**04/17/2008**

| Bill To |
|---------|
| MultiJect |
| 384 Olivewood Ct. |
| Rochester, Mi. 48306 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | McNaughton 9467425-00 | 13.40 | 13.40 |
|  | McNaughton-Mckay,9675076 | 2,919.74 | 2,919.74 |
|  | McNaughton McKay,9692682,3/18/08 | 692.04 | 692.04 |
|  | McNaughton McKay,9691268,3/18/08 | 73.58 | 73.58 |
|  | McNaughton McKay,9675076-01,3/18/08 | 462.50 | 462.50 |
|  | McNaughton McKay,9696079,3/18/08 | 65.37 | 65.37 |
|  | McNaughton McKay,9675076-02,3/18/08 | 19.40 | 19.40 |
|  | McNaughton McKay96995663/18/08 | 89.56 | 89.56 |
|  | McNaughton McKay,9675076-03,3/18/08 | 121.04 | 121.04 |
|  | McNaughton McKay,9706160,3/18/08 | 226.50 | 226.50 |
|  | McNaughton McKay,9706137,3/18/08 | -29.58 | -29.58 |
|  | RS Electronics, LV69035601, 3/14/08 | 316.84 | 316.84 |
|  | Anixter, wire for job | 312.70 | 312.70 |
|  | Shipping of wire from Anixtor, FedEx, 3/26/08 | 64.82 | 64.82 |
|  | Total Reimbursable Expenses |  | 5,347.91 |
|  |  |  |  |
|  | 6% Michigan sales tax | 6.00% | 0.00 |

| | **Total** | $5,347.91 |
|--|-----------|-----------|

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/17/2009 | 679 |

**PAID 03/26/2009**

**Bill To**

MultiJect
384 Olivewood Ct.
Rochester, Mi. 48306

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | McNaughton McKay,9702772,3/28/08 | 132.38 | 132.38 |
|  | McNaughton McKay,9714795,4/17/08 | -125.86 | -125.86 |
|  | McNaughton McKay 9715234, 5/15/08 | 83.53 | 83.53 |
|  | Mc/Mc 10174345, 1/19/09 | 674.85 | 674.85 |
|  | mc/mc 10174345-01,1/19/09 | 113.25 | 113.25 |
|  | Mc/Mc 10174345-02, 1/19/09 | 152.70 | 152.70 |
|  | Mc/Mc 10165255-00, 1/23/09 | 49.26 | 49.26 |
|  | Mc/Mc 10174345-03,1/23/09 | 407.56 | 407.56 |
|  | Grainger printer ribbon | 11.16 | 11.16 |
|  | RS Electronics, LV78988801 2/9/09 | 291.21 | 291.21 |
|  | Total Reimbursable Expenses |  | 1,790.04 |
|  | Mc/Mc 10213123,2/13/09 | 7.07 | 7.07 |
|  | drafting ink, Du-All, 1/16/09 | 35.43 | 35.43 |
|  | 6% Michigan sales tax | 6.00% | 0.00 |

| | **Total** | $1,832.54 |

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/9/2009 | 693 |

**PAID 08/18/2009**

**Bill To**

MultiJect
384 Olivewood Ct.
Rochester, Mi. 48306

| P.O. No. | Terms | Project |
|----------|-------|---------|
| RT2000 | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | RT2000 2 Meter Rotary Plate for Millicron | 0.00 | 0.00 |
| 4 | 1-23-09  9:00am - 1:00pm  Update drawings for RT2000, make plot of back plate. | 100.00 | 400.00 |
| 6.5 | Drill and tap backplate | 100.00 | 650.00 |
| 5.5 | 1/24/09  12:00pm - 5:30pm  Assemble backplate | 100.00 | 550.00 |
| 8.5 | 1/28/09  11:30 - 8:00pm  Wire backplate | 100.00 | 850.00 |
| 15 | 1-29-09  11:00am - Finish wire backplate and install in box | 100.00 | 1,500.00 |
| 6 | 2/2/09  2:00pm - 8:00pm  Wire door of panel and disconnect | 100.00 | 600.00 |
| 4.5 | 2-4-09  11:00am - 3:30pm  Install and wire Regen Resistors | 100.00 | 450.00 |
| 9 | 2-9-09  11:00am - 8:00pm  RS electronics to pick-up parts, South Street & BUR, unload equipment and to set-up box to wire motor cable. | 100.00 | 900.00 |
| 10 | 2/10/09  1:00pm - 11;00pm  BUR wire plate | 100.00 | 1,000.00 |
| 11 | 2-11-09  10:30am - 9:30pm  Put power on plate and start tuning motor | 100.00 | 1,100.00 |
| 6.5 | 2-12-09  7:30am - 2:00pm  Load programs into motion controller and start moving plate under program control | 100.00 | 650.00 |
| 5 | 2/13/09  9:30pm  South Street to build computer box for sim press. | 100.00 | 500.00 |
| 5.5 | 2/14/09  11:30am - 5:00pm  Finalize program changes for Tri-motion for 0-180 degree only. | 100.00 | 550.00 |
| 4.5 | 2/15/09  3:30 pm - 8:00pm  Make back-ups of programs and drive parameters.  Tested plate with oil and water.  The Water leaks. | 100.00 | 450.00 |

**Total**

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/9/2009 | 693 |

**PAID 08/18/2009**

**Bill To**

MultiJect
384 Olivewood Ct.
Rochester, Mi. 48306

| P.O. No. | Terms | Project |
|----------|-------|---------|
| RT2000 | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 5.5 | 2/16/09  10:00am - 3:30 pm   Took photos and video of plate and panel.  Disconnected and cleaned cables for shipping.  System shipped at 1:30pm.  Removed equipment.  We will accept the terms of 50% , due to the bankruptcy, when you can pay it.  Thanks for taking care of all the parts. | 100.00 | 550.00 |

| | **Total** | | $10,700.00 |

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/19/2010 | 710 |

**PAID 11/29/2010**

| Bill To |
|---------|
| MultiJect |
| 384 Olivewood Ct. |
| Rochester, Mi. 48306 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | gas on 7-24 trip | 74.00 | 74.00 |
| 8 | Trip to Cascade Industries in Grand Rapids for service call. 6:00 am to 2:00pm. Worked with Tom McGovern on RT2000 reset the resolver on back of the servo motor. Homed the plate and determined what the proper home offset number should be. They set-up the machine to run. | 100.00 | 800.00 |

| | **Total** | **$874.00** |
|--|-----------|-------------|

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/12/2011 | 736 |

**PAID**
**02/08/2012**

| Bill To |
|---------|
| MultiJect |
| 384 Olivewood Ct. |
| Rochester, Mi. 48306 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          | Net 30 |        |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | parts on Multiject job | 19.29 | 19.29 |
| | parts on Multiject job | 14.63 | 14.63 |
| | parts on Multiject job | 2.82 | 2.82 |
| | Computer supplies | 28.60 | 28.60 |
| | In. 10872236 | 147.00 | 147.00 |
| | In. 10895018 | 87.80 | 87.80 |
| | In. LV91735201 | 26.46 | 26.46 |
| | parts on Multiject job | 13.09 | 13.09 |
| | parts on Multiject job | 12.62 | 12.62 |
| | gas, Admiral Petroleum.7/31/10 | 60.00 | 60.00 |
| | McNaughton- McKay 10939029 | 15.82 | 15.82 |
| | food, Taco Bell, 10/4/10 | 14.50 | 14.50 |
| | hotel in Grand Haven 10/4/10 | 97.12 | 97.12 |
| | food, Taco Bell, 10/5/10 | 6.74 | 6.74 |
| | food, Taco Bell, 10/6/10 | 8.03 | 8.03 |
| | lugs on Multiject job | 6.30 | 6.30 |
| | hotel in Grand Haven 10/6/10 | 48.56 | 48.56 |
| | food, Subway, 10/06 | 8.89 | 8.89 |
| | food  10-7-10 | 30.66 | 30.66 |
| | food, Taco Bell, 10/7/10 | 8.78 | 8.78 |
| | hotel in Grand Haven 10/7/10 | 48.56 | 48.56 |
| | gas, Yukon, 10-8-10 | 75.00 | 75.00 |
| | food, 10-8-10 | 6.77 | 6.77 |
| | food, Taco Bell, 10/26/10 | 5.07 | 5.07 |
| | hotel in Grand Haven 10/26/10 | 97.12 | 97.12 |
| | food, Taco Bell, 10/27/10 | 5.07 | 5.07 |
| | gas, 10-3, Costco | 80.00 | 80.00 |
| | Pipe, Home Depot 9/9/11 | 2.06 | 2.06 |
| | Rod, screws, Home Depot 9/9/11 | 17.68 | 17.68 |
| | hexnut, Home Depot 9/10/11 | 7.87 | 7.87 |
| | Home depot 9/14/11 | 246.13 | 246.13 |
| | McNaughton In. 11621402-00 | 295.28 | 295.28 |
| | Home depot 9/15/11 | 12.93 | 12.93 |

**Total**

# Invoice

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

| Date | Invoice # |
|------|-----------|
| 12/12/2011 | 736 |

**PAID**
**02/08/2012**

| Bill To |
|---------|
| MultiJect |
| 384 Olivewood Ct. |
| Rochester, Mi. 48306 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | LV 04140501 | 103.52 | 103.52 |
|  | Total Reimbursable Expenses |  | 1,660.77 |
|  | Wrap and Round, Lowe's 9/10/11 | 7.24 | 7.24 |
|  | to correct receipt 19 , to Multiject | -21.20 | -21.20 |

| | Total | $1,646.81 |
|---|-------|-----------|

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/12/2011 | 737 |

**PAID**
**09/17/2012**

| Bill To |
|---------|
| MultiJect |
| 384 Olivewood Ct. |
| Rochester, Mi. 48306 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| Netshape RT2600 | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Netshape RT2600 Controls  2010 | 13,000.00 | 13,000.00 |
| 1 | extra onsite completion | 3,000.00 | 3,000.00 |

| | **Total** | $16,000.00 |
|---|-----------|------------|

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/12/2011 | 738 |

PAID
11/14/2012

| Bill To |
|---------|
| MultiJect
384 Olivewood Ct.
Rochester, Mi. 48306 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Bemiss RT 1000  2011 | 13,000.00 | 26,000.00 |

| | **Total** | | $26,000.00 |

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/9/2012 | 753 |

PAID
03/20/2014

**Bill To**

MultiJect
384 Olivewood Ct.
Rochester, Mi. 48306

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Home depot, parts for job. 1/7/12 | 35.82 | 35.82 |
| | Home depot, parts for job. 1/7/12 | 7.35 | 7.35 |
| | Home depot, parts for job. 1/11/12 | 30.32 | 30.32 |
| | | | 0.00 |
| | McNaughton Inv. for Multi Ject | 1,290.19 | 1,290.19 |
| | | | 0.00 |
| | Madison, 2/14/12 | 61.88 | 61.88 |
| | McNaughton Inv. , 2 invoice for Multi Ject | 8.68 | 8.68 |
| | Total Reimbursable Expenses | | 1,434.24 |
| | | | |
| | Last four machines | 40,000.00 | 40,000.00 |

| | **Total** | **$41,434.24** |
|---|---|---|

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/22/2013 | 770 |

PAID
01/10/2014

| Bill To |
|---------|
| MultiJect |
| 384 Olivewood Ct. |
| Rochester, Mi. 48306 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Home depot 9/15/11 | 14.44 | 14.44 |
|  | McNaughton McKay i12397625 | 102.20 | 102.20 |
|  | McNaughton McKay 12403408 | 90.44 | 90.44 |
|  | Home Depot 4/15 | 21.48 | 21.48 |
|  | Home Depot 4/27/13 | 61.22 | 61.22 |
|  | McNaughton McKay 12619952-00 | 327.84 | 327.84 |
|  | McNaughton McKay 12957145-00 | 398.50 | 398.50 |
|  | McNaughton McKay 12966643-00 | 242.08 | 242.08 |
|  | Royal Oak Nameplate,235574 | 95.55 | 95.55 |
|  | McNaughton McKay 12957145-00 | 445.12 | 445.12 |
|  | Total Reimbursable Expenses |  | 1,798.87 |

| | Total | $1,798.87 |
|--|-------|-----------|