# EXHIBIT 3

# Invoice

RJ Control Consultants, Inc.

300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

| Date | Invoice # |
|---|---|
| 1/15/2014 | 775 |

| Bill To |
|---|
| MultiJect<br>384 Olivewood Ct.<br>Rochester, Mi. 48306 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | DU ALL Drafting 10/25/13 | 84.31 | 84.31 |
|  | Home depot 10/26/13 | 57.61 | 57.61 |
|  | Royal Oak Name Plate 10/28/13 | 22.20 | 22.20 |
|  | Amazon, 11/2/13 ethernet switches | 231.72 | 231.72 |
|  | Home Depot 11/6/13 | 64.88 | 64.88 |
|  | B&Bm 11/7/13 3 Switch 5 port | 313.11 | 313.11 |
|  | Total Reimbursable Expenses |  | 773.83 |
| 2 | VanDor April 2013  Two machines Rotate 7 models | 12,250.00 | 24,500.00 |
| 3 | VanDor Dec 2013  3 Rotate 8 models | 11,500.00 | 34,500.00 |

| | Total | $59,773.83 |
|---|---|---|

RJ Control Consultants, Inc.
300 Powderhorn Ct.
Rochester Hills, Mi. 48309-1341

# Statement

| Date |
|---|
| 6/12/2014 |

**To:**
MultiJect
384 Olivewood Ct.
Rochester, Mi. 48306

| Amount Due | Amount Enc. |
|---|---|
| $59,773.83 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/15/2014 | INV #775. Due 02/14/2014. Orig. Amount $59,773.83.<br>=== Reimb Group<br>--- DU ALL Drafting 10/25/13 $84.31<br>--- Home depot 10/26/13 $57.61<br>--- Royal Oak Name Plate 10/28/13 $22.20<br>--- Amazon, 11/2/13 ethernet switches $231.72<br>--- Home Depot 11/6/13 $64.88<br>--- B&Bm 11/7/13 3 Switch 5 port $313.11<br>=== Total Reimbursable Expenses $773.83<br><br>--- manufacturing, 2 @ $12,250.00 = 24,500.00<br><br>--- manufacturing, 3 @ $11,500.00 = 34,500.00<br>--- Tax: sales tax @ 6.0% = 0.00 | 59,773.83 | 59,773.83 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 59,773.83 | $59,773.83 |